IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:14-cr-10-DPM-10

TYRONE DEMOND WASHINGTON
Reg. No. 28555-009     DEFENDANT

ORDER

Washington moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic. He asked the warden for release in late May and has received no response. *Doc. 871 at 3, 7.* He therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Washington's motion fails on the merits. He's incarcerated at Forrest City, which has many COVID-19 cases; and a prison is a particularly difficult place to control the spread of the virus. His concerns are reasonable ones. But Washington hasn't shown that his age or physical condition make him more susceptible to the virus than other prisoners are. Further, he has served just more than half of his sentence, which was a downward variance from his career offender advisory Guidelines range. Reducing Washington's sentence by another five years would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter

him and others. All material things considered, the statute's remedy—reducing Washington's sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 871*, is therefore denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2020